In the Matter of the Estate of ALTA W. SALISBURY, Deceased.

WILLIAM A. SALISBURY, as Executor of ALTA W. SALISBURY, Deceased, Appellant; ELIZABETH G. BROOKS, as Trustee, Respondent.

(Argued October 2, 1934; decided October 16, 1934.)

*Henry A. Brann* for appellant.

*Albert Ritchie* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. POUND, Ch. J., and LEHMAN, J., dissent on the ground that the question remains in the case whether the gifts were made for the purpose of evading the obligations of the joint will.